## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 24-CV-21680 DAMIAN

Plaintiff:
**VANESSA CHANDLER**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**

For:
Karen Grossman
Lipcon, Margulies & Winkleman

Received by DLE Process Servers, Inc on the 2nd day of May, 2024 at 2:29 pm to be served on **NCL (Bahamas) LTD c/o R/A: Daniel S. Farkas, Esq., 7655 Corporate Center Dr, Miami, FL 33126**.

I, Antonio Samalea, do hereby affirm that on the **6th day of May, 2024** at **1:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Joanna Iara** as **Employee Authorized** for **NCL (Bahamas) LTD**, at the address of: **7655 Corporate Center Dr, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Antonio Samalea**
ID 3780

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2024029102

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a